**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 02-7424**

—————————

KHIDR ABDUL-KHABIR,

Plaintiff - Appellant,

versus

D. STEARNS, Sergeant, Hampton Roads Regional
Jail; E. TAYLOR, Captain, Hampton Roads
Regional Jail; DAVID SIMONS, Assistant
Superintendent, Hampton Roads Regional Jail;
C. POE, Sergeant (Classification) Hampton
Roads Regional Jail; ROY W. CHERRY,
Superintendent, Hampton Roads Regional Jail,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-02-708-2)

—————————

Submitted: November 7, 2002      Decided: November 15, 2002

—————————

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Khidr Abdul-Khabir, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Khidr Abdul-Khabir appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Abdul-Khabir v. Stearns</u>, No. CA-02-708-2 (E.D. Va. Sept. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>